1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  AGUSTIN PENA-CONTRERAS

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,        ) No. CR-S-11-00338-GEB
10                                  )
                Plaintiff,          )
11                                  ) STIPULATION AND [PROPOSED] ORDER
        v.                          ) TO CONTINUE STATUS CONFERENCE
12                                  )
   AGUSTIN PENA-CONTRERAS,          )
13 et al.,                          ) Date: December 2, 2011
                                    ) Time: 9:00 a.m.
14              Defendants.         ) Judge: Hon. Garland E. Burrell
                                    )
15 _____  )

16      The parties request that the status conference in this case be
17 continued from November 4, 2011, to December 2, 2011 at 9:00 a.m.  They
18 stipulate that the time between November 4, 2011 and December 2, 2011
19 should be excluded from the calculation of time under the Speedy Trial
20 Act.  The parties stipulate that the ends of justice are served by the
21 Court excluding such time, so that counsel for the defendant may have
22 reasonable time necessary for effective preparation, taking into account
23 the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv).
24 Specifically, counsel needs additional time to negotiate a resolution to
25 this matter and to investigate the facts of the case. The parties
26 stipulate and agree that the interests of justice served by granting this
27 continuance outweigh the best interests of the public and the defendant
28 in a speedy trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).

| | | |
|---|---|---|
| Dated: November 1, 2011 | | Respectfully submitted, |
| | | DANIEL BRODERICK<br>Federal Defender<br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>AGUSTIN PENA-CONTRERAS |
| Dated: November 1, 2011 | | */s/ Olaf Hedberg*<br>OLAF HEDBERG<br>Attorney for Defendant<br>NEMECIO GARCIA-ALCAZAR |
| Dated: November 1, 2011 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Heiko Coppola*<br>HEIKO COPPOLA<br>Assistant United States Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 4, 2011, be continued to December 2, 2011, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the December 2, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: November 3, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order             -2-