1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  AGUSTIN PENA-CONTRERAS

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,      ) No. CR-S-11-00338-GEB
                                  )
11              Plaintiff,        )
                                  ) STIPULATION AND [PROPOSED] ORDER
12     v.                         ) TO CONTINUE STATUS CONFERENCE
                                  )
13 AGUSTIN PENA-CONTRERAS,        )
   et al.,                        ) Date: January 20, 2012
14                                ) Time: 9:00 a.m.
                Defendants.       ) Judge: Hon. Garland E. Burrell
15                                )
   _____)
16
          The parties request that the status conference in this case be
17
   continued from December 2, 2011, to January 20, 2012 at 9:00 a.m.  They
18
   stipulate that the time between December 2, 2011 and January 20, 2012
19
   should be excluded from the calculation of time under the Speedy Trial
20
   Act.  The parties stipulate that the ends of justice are served by the
21
   Court excluding such time, so that counsel for the defendant may have
22
   reasonable time necessary for effective preparation, taking into account
23
   the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv).
24
   Specifically, counsel needs additional time to negotiate a resolution to
25
   this matter and to investigate the facts of the case. The parties
26
   stipulate and agree that the interests of justice served by granting this
27
   continuance outweigh the best interests of the public and the defendant
28

in a speedy trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).

| | |
|---|---|
| Dated: November 30, 2011 | Respectfully submitted,<br>DANIEL BRODERICK<br>Federal Defender<br>*/s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>AGUSTIN PENA-CONTRERAS |
| Dated: November 30, 2011 | */s/ Olaf Hedberg*<br>OLAF HEDBERG<br>Attorney for Defendant<br>NEMECIO GARCIA-ALCAZAR |
| Dated: November 30, 2011 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Heiko Coppola*<br>HEIKO COPPOLA<br>Assistant United States Attorney |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 2, 2011, be continued to January 20, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the January 20, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

Dated: December 2, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                    -2-

Stip and Order -3-