1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, USVI Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5  Attorney for Defendant
   AGUSTIN PENA-CONTRERAS
6

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      ) No. 2:11 CR 00338-GEB
10                                )
                Plaintiff,        )
11                                ) STIPULATION AND [PROPOSED] ORDER
        v.                        ) TO CONTINUE STATUS CONFERENCE
12                                )
   AGUSTIN PENA-CONTRERAS,        )
13 et al.,                        ) Date:  February 24, 2012
                                  ) Time:  9:00 a.m.
14              Defendants.       ) Judge: Hon. Garland E. Burrell
                                  )
15 _____  )

16      The parties request that the status conference in this case be
17 continued from January 20, 2011, to February 24, 2012 at 9:00 a.m.  They
18 stipulate that the time between January 18, 2011, to February 24, 2012
19 should be excluded from the calculation of time under the Speedy Trial
20 Act.  The parties stipulate that the ends of justice are served by the
21 Court excluding such time, so that counsel for the defendants may have
22 reasonable time necessary for effective preparation, taking into account
23 the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv).
24 Specifically, counsel needs additional time to negotiate a resolution to
25 this matter and to investigate the facts of the case, which involves
26 additional visits to the remote scene of the crime, and interviews of
27 witnesses who are currently out of the country. The parties stipulate and
28 agree that the interests of justice served by granting this continuance

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).

Dated: January 18, 2012      Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS,
Assistant Federal Defender
Attorney for Defendant
AGUSTIN PENA-CONTRERAS

Dated: January 18 2012      */s/ Olaf Hedberg*
OLAF HEDBERG
Attorney for Defendant
NEMECIO GARCIA-ALCAZAR

Dated: January 18, 2012      BENJAMIN B. WAGNER
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for January 20, 2012, be continued to February 24, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the January 20, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code T-4.

1/17/12

GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                    -2-