| 1 | DANIEL J. BRODERICK, Bar #89424 |
| --- | --- |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, USVI Bar #766 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | AGUSTIN PENA-CONTRERAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11 CR 00338-GEB |
| --- | --- |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| AGUSTIN PENA-CONTRERAS, et al., | ) |
| | ) Date: May 18, 2012 |
| | ) Time: 9:00 a.m. |
| Defendants. | ) Judge: Hon. Garland E. Burrell |

The parties request that the status conference in this case be continued from February 24, 2012, to May 18, 2012 at 9:00 a.m. They stipulate that the time between February 24, 2012, to May 18, 2012 should be excluded from the calculation of time under the Speedy Trial Act.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C §3161(h)(7)(A) and (B)(iv). Specifically, counsel needs additional time to negotiate a resolution to this matter and to investigate the facts of the case, which involves

additional visits to the remote scene of the crime, and interviews of witnesses who are currently out of the country.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C §3161(h)(7)(A) and (B)(iv).

Dated: February 23, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS,
Assistant Federal Defender
Attorney for Defendant
AGUSTIN PENA-CONTRERAS

Dated: February 23, 2012  */s/ Olaf Hedberg*
OLAF HEDBERG
Attorney for Defendant
NEMECIO GARCIA-ALCAZAR

Dated: February 23, 2012  BENJAMIN B. WAGNER
United States Attorney

*/s/ Heiko Coppola*
HEIKO COPPOLA
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 24, 2012, be continued to May 18, 2012, at 9:00 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the May 18, 2012, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy

1 | Trial Act pursuant to 18 U.S.C §3161(h)(7)(A) and (B)(iv) and Local Code
2 | T-4.

Dated: February 23, 2012

GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order -3-